JUDGE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR18-073 JLR |
| v. | ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL |
| ADRIAN PEREZ, | [PROPOSED] |
| Defendant. | |

THIS MATTER having came before the Court on the motion of Defendant ADRIAN PEREZ to Substitute Counsel, and the Court having reviewed the pleadings, records and files herein, and being fully advised in the premises, and good cause appearing therefore,

IT IS HEREBY ORDERED that defendant's Motion to Substitute Counsel is GRANTED, and it is

FURTHER ORDERED that RICHARD J. TROBERMAN, P.S. is substituted as counsel for defendant ADRIAN PEREZ, and defendant's present counsel, the FEDERAL PUBLIC DEFENDER'S OFFICE and SARA BRIN, Assistant Federal Defender, may withdraw as counsel of record.

ORDER GRANTING MOTION TO
SUBSTITUTE COUNSEL;
CR18-073 JLR - 1

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111

DONE this 2ⁿᵈ day of April, 2018.

*[signature]*
JAMES L. ROBART
United States District Court Judge

ORDER GRANTING MOTION TO
SUBSTITUTE COUNSEL;
CR18-073 JLR - 2

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111