JUDGE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR18-073-JLR |
| v. | ) | ORDER CONTINUING TRIAL DATE AND EXTENDING MOTIONS FLING DEADLINE |
| ADRIAN PEREZ, | ) | |
| Defendant. | ) | ~~[Proposed]~~ |

THIS MATTER having come before the Court on Defendant's unopposed motion to continue the trial date and extend the motions filing deadline, and good cause appearing therefore, the Court hereby adopts the facts justifying a continuance as set forth in the record and in the unopposed motion, and makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting the motion and continuing the trial date outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(I).

ORDER CONTINUING TRIAL DATE AND
EXTENDING MOTIONS FILING DEADLINE;
No. CR18-073-JLR - 1

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111

3. The defendant needs additional time to explore all relevant issues and defenses applicable to the case. Given this, it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act and as currently set for this case. 18 U.S.C. §3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant reasonable time for effective preparation of his defense. 18 U.S.C. §3161(h)(7)(B)(iv).

NOW THEREFORE, IT IS HEREBY ORDERED that subject to the defendant filing a Speedy Trial Waiver to October 15, 2018, the trial date in this matter is continued from June 4, 2018, to September 10th, 2018. The resulting period of delay from June 4, 2018, up to and including the new trial date, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(7)(A) and (B).

IT IS FURTHER ORDERED that pretrial motions are due no later than August 2nd, 2018.

DONE this 26th day of April, 2018.

JAMES L. ROBART
United States District Court Judge

ORDER CONTINUING TRIAL DATE AND
EXTENDING MOTIONS FILING DEADLINE;
No. CR18-073-JLR - 2

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2018, I electronically filed the foregoing "Order Continuing Trial Date and Extending Motions Filing Deadline [Proposed]" with the Clerk of Court, using the CM/ECF system which will send notification of such filing to the attorneys of record in this case.

_____
RICHARD J. TROBERMAN

ORDER CONTINUING TRIAL DATE AND
EXTENDING MOTIONS FILING DEADLINE;
No. CR18-073-JLR - 3

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111